The People of the State of New York ex rel. Nellie Tiler and Vincent Muno, Appellants, v. The Warden of the City Prison, City of New York, Borough of Brooklyn, Respondent.— Order affirmed. No opinion. Hirschberg, Thomas, Carr and Woodward, JJ., concurred; Burr, J., dissented.

Herman Schoenijahn, Respondent, v. Clarence W. Spader and Others, Defendants. Walter L. Benn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Joshua M. Sprague and Samuel A. Cunningham, Respondents, v. Frank T. W. Lockhart, as Marshal of the City Court of the City of Mount Vernon, and George W. Fennell, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The Tichborne Press, Appellant, v. Champe S. Andrews, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Nathaniel H. Voris, Respondent, v. Edward Brady and Simeon Brady, as Surviving Executors, etc., of Edward B. Brady, Deceased, and Cornelia Brady, as Executrix, etc., of Edward B. Brady, Deceased, Appellants.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Frederick A. Auffermann, Appellant, v. Publishers' Paper Company and American Mahogany Company, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Morris Berger, Respondent, v. Barclay Construction Company and Samuel L. Klein, Appellants, Impleaded with Others. (Appeal No. 1.) — Order of the County Court of Kings county, dated November 22, 1911, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Morris Berger, Respondent, v. Barclay Construction Company and Samuel L. Klein, Appellants, Impleaded with Others. (Appeal No. 2.) — Order of the County Court of Kings county, dated January 26, 1912, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Nathan Cohen, Respondent, v. Renard Building and Construction Company and Others, Defendants, Impleaded with Jacob Leitner and Michael Doherty, Appellants.— Judgment modified so as to reduce the recovery to $370.80, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Lyman B. Frieze, Jr., Respondent, v. Alabama Great Southern Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George Graefe, Appellant, v. New York Dock Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.